|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |
| 8   |     |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN MADDEN, LTD., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-03131-MWC-MAR<br><br>**ORDER RE STIPULATION TO DISMISSAL WITH PREJUDICE OF ACTION INCLUDING COUNTERRCLAIMS (DKT. 57)**<br><br>**JS-6** |

1

1 | Based upon the stipulation of the Parties and their showing of good cause, IT IS HEREBY ORDERED that:

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Defendant Steven Madden, Ltd., is hereby DISMISSED **with prejudice** from the above-captioned action, including all Counterclaims asserted by Defendant against Plaintiff in Dkt. No. 13, 32. Plaintiff and Defendant shall each bear its own attorneys' fees, costs, and expenses incurred in connection with this Action.

DATED: July 9, 2025

By: _____
Hon. Michelle Williams Court
United States District Judge